AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Dana Duggan,<br>*Plaintiff* | )<br>) | |
| v. | ) | Case No. 1:18-cv-12277-JGD |
| Big Picture Loans, LLC, et al.,<br>*Defendant* | )<br>)<br>) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dana Duggan.

Date: 04/03/2019

/s/ Elizabeth Ryan
*Attorney's signature*

Elizabeth Ryan, BBO # 549632
*Printed name and bar number*

Bailey & Glasser LLP
99 High Street, Suite 304
Boston, MA 02110
*Address*

eryan@baileyglasser.com
*E-mail address*

(617) 439-6730
*Telephone number*

(617) 951-3954
*FAX number*