# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA DUGGAN, *Individually and on behalf of persons similarly situation,*<br><br>Plaintiff,<br><br>v.<br><br>BIG PICTURE LOANS, LLC, et al.,<br><br>Defendants. | CASE NO. 1:18-cv-12277-JGD<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE THAT, effective April 29, 2019, the contact information for Richard L. Scheff (BBO # 445130), Jonathan P. Boughrum (*pro hac vice*) and Michael C. Witsch (*pro hac vice*), counsel for Defendant Matt Martorello, has changed. Future correspondence should be addressed as follows:

Richard L. Scheff
Armstrong Teasdale, LLP
2005 Market Street
29th Floor
One Commerce Square
Philadelphia, PA 19103
rlscheff@armstrongteasdale.com
Office: (267)780-2000
Direct Dial: (267) 780-2010
Fax: (215) 405-9070

Jonathan P. Boughrum
Armstrong Teasdale, LLP
2005 Market Street
29th Floor
One Commerce Square
Philadelphia, PA 19103
jboughrum@armstrongteasdale.com
Office: (267)780-2000
Direct Dial: (267) 780-2012
Fax: (215) 405-9070

Michael C. Witsch
Armstrong Teasdale LLP
2005 Market Street
29th Floor
One Commerce Square
Philadelphia, PA 19103
mwitsch@armstrongteasdale.com
Office: (2167)780-2000
Direct Dial: (267) 780-2016
Fax: (215) 405-9070

Respectfully submitted,

/s/ Richard L. Scheff
Richard L. Scheff (BBO # 445130)
Jonathan P. Boughrum (admitted *pro hac vice*)
Michael C. Witsch (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
Telephone: (267) 780-2000
Facsimile: (215) 405-9070
rlscheff@armstrongteasdale.com
jboughrum@armstrongteasdale.com

Ian D. Roffman (BBO # 637564)
Michael J. Leard (BBO # 681468)
Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 439-2000
Facsimile: (317) 310-9000
iroffman@nutter.com
mleard@nutter.com

*Attorneys for Defendant Matt Martorello*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th Day of April, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all counsel of record.

/s/ Richard L. Scheff
Richard L. Scheff (BBO # 445130)